IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-CV-00393-D

| | |
|---|---|
| CATHERINE BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CABELA'S WHOLESALE, LLC, ) | |
| ) | |
| Defendants. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

All parties to this action, having stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action with prejudice, it is hereby ORDERED that:

The entire action, including all claims and counterclaims stated herein against all parties and hereby dismissed with prejudice.

SO ORDERED. This the **24** day of February, 2021.

_____
JAMES C. DEVER III
United States District Judge